IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARY TORRES, as Personal Representative to
Estate of VINCENT ANTHONY TORRES,
deceased,

      Plaintiff,

vs.                                                                                          No. CIV 18-0358 JB\LF

BOARD OF COMMISSIONERS FOR
BERNALILLO COUNTY; CORRECT CARE
SOLUTIONS, L.L.C.; TIMOTHY MCMURRAY,
M.D., individually and as an employee and/or agent
of CORRECT CARE SOLUTIONS, L.L.C., and
BERNALILLO COUNTY; ADRIANA LUNA,
individually and as an employee and/or agent of
CORRECT CARE SOLUTIONS, L.L.C., and
BERNALILLO COUNTY; PHILLIP GREER; ED
KOSSMAN; FNU SAVORILLO; DUSTIN
QUINTANA; FNU C. WORMWOOD; FNU
VALERO; MICHAEL PALM; FNU A.
BEAUCHAMP; FNU I. PAREO; MANUEL
BECERRA; FNU BACA; HOWARD BATTLE,
and JOHN DOES 1-10,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) the Stipulated Notice of Dismissal with Prejudice, filed November 12, 2018 (Doc. 71)("First Stipulation"); (ii) the Order, filed March 21, 2019 (Doc. 94)("March 21 Order"); (iii) the Order, filed September 18, 2019 (Doc. 95)("Sept. 18 Order"); (iv) the Order on Motion for Summary Judgment on Punitive Damages Claims Against Defendants Correct Care Solutions, L.L.C., Timothy McMurray, M.D., Adriana Luna and John Doe (6-10), filed December 16, 2019 (Doc. 98)("Dec. 16 Order"); (v) the Stipulation of Dismissal with Prejudice of Defendants Timothy McMurray, M.D., and Adriana Luna, filed December 16,

2019 (Doc. 99)("Second Stipulation"); and (vi) the Stipulation of Dismissal of Claims Against Board of Commissioners for Bernalillo County, filed December 23, 2019 (Doc. 100)("Third Stipulation").  In the First Stipulation, Plaintiff Mary Torres and Defendants Board of Commissioners for Bernalillo County, Phillip Greer, Ed Kossman, FNU Savorillo, Dustin Quintana, FNU C. Wormwood, FNU Valero, Michael Palm, FNU A. Beauchamp, FNU L. Pareo, Manuel Becerra, FNU[1] Baca, and Howard Battle stipulate to the dismissal with prejudice of "any and all claims made against" Greer, Kossman, and Savorillo.  First Stipulation at 1.  In the March 21 Order, the Court dismisses all claims against Quintana, Wormwood, Valero, Palm, Beauchamp, Pareo, Becerra, Baca, and Battle.  See March 21 Order at 12.  In the Sept. 18 Order, the Court dismisses Counts II and IV of Torres' Second Amended Complaint for the Recovery of Damages Caused by the Deprivation of Civil Rights, Wrongful Death and Medical Negligence, filed July 18, 2018 (Doc. 26), against the Board of Commissioners for Bernalillo County.  See Sept. 18 Order at 4.  In the Dec. 16 Order, the Court dismisses with prejudice "[a]ll punitive damages claims" against Defendants Correct Care Solutions, L.L.C., Dr. Timothy McMurray, M.D., Adriana Luna, and John Doe (6-10).  Dec. 16 Order at 1-2.  In the Second Stipulation, Torres, Correct Care Solutions, Dr. McMurray, and Luna stipulate "to the dismissal with prejudice of any and all claims" against Correct Care Solutions, Dr. McMurray, and Luna.  See Second Stipulation at 2.  In the Third Stipulation, Torres and Board of Commissioners for Bernalillo County stipulate to "the dismissal with prejudice of all of the Plaintiff's claims against Defendant Board of Commissioners For Bernalillo County."  Third Stipulation at 1.  With no more issues, claims, or parties before the Court, the Court enters Final Judgment.

---

[1]"FNU" means first name unknown.

**IT IS ORDERED** that: (i) all the Plaintiff's claims against all Defendants are dismissed with prejudice; (ii) the case is dismissed with prejudice; and (iii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Raul A. Lopez
Albuquerque, New Mexico

    *Attorney for the Plaintiff*

Jonlyn M. Martinez
Law Firm of Jonlyn M. Martinez
Albuquerque, New Mexico

    *Attorneys for Defendants Board of Commissioners for Bernalillo County, Dustin Quintana, C. Wormwood, Michael Palm, A. Beauchamp, I. Pareo, Manuel Becerra, Manuel Baca, Howard Battle, and Phillip Greer*

Alfred A. Park
Lawrence M. Markus
Park & Associates, LLC
Albuquerque, New Mexico

    *Attorneys for Defendants Correct Care Solutions, LLC, Dr. Timothy McMurray, and Adriana Luna*